# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLASSICAL SILK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC., et al.,<br><br>Defendants. | Case No.: CV16-7277-JAK-GJS<br>*Hon. John A. Kronstadt Presiding*<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE JS-6** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

IT IS SO ORDERED.

Dated: March 27, 2017          By: _____
                                    HON. JOHN A. KRONSTADT
                                    UNITED STATES DISTRICT JUDGE